B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Northern District of California

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Sonoma Chicken Coop Skyport, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**72-1620648** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**90 Skyport Drive, #100**<br>**San Jose, CA**<br>ZIP Code **95110-1358** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Santa Clara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Sonoma Chicken Coop Skyport, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Sonoma Chicken Coop Skyport, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ David S. Henshaw**
Signature of Attorney for Debtor(s)

**David S. Henshaw 271226**
Printed Name of Attorney for Debtor(s)

**Henshaw Law Office**
Firm Name

**1871 The Alameda**
**Suite 333**
**San Jose, CA 95126**
Address

**Email: david@henshawlaw.com**
**(408) 533-1075  Fax: (408) 583-4016**
Telephone Number

**December 17, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Peter A. Smith**
Signature of Authorized Individual

**Peter A. Smith**
Printed Name of Authorized Individual

**Member Board of Directors**
Title of Authorized Individual

**December 17, 2014**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of California

In re **Sonoma Chicken Coop Skyport, Inc.**    Case No.
                                    Debtor(s)    Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Employment Development Department**<br>**State of California**<br>**Bankruptcy Unit-MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | **Employment Development Department**<br>**State of California**<br>**Bankruptcy Unit-MIC 92E**<br>**Sacramento, CA 94280-0001** | | | **100,000.00** |
| **Equity Office Management, LLC**<br>**2001 Gateway Place**<br>**Suite 350W**<br>**San Jose, CA 95110** | **Equity Office Management, LLC**<br>**2001 Gateway Place**<br>**Suite 350W**<br>**San Jose, CA 95110** | | | **100,000.00** |
| **Franchise Tax Board**<br>**Bankruptcy Section, MS A -340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | **Franchise Tax Board**<br>**Bankruptcy Section, MS A -340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | | | **50,000.00** |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | | **200,000.00** |
| **Labor Commissioner**<br>**State of California**<br>**1515 Clay Street, Room 801**<br>**Oakland, CA 94612** | **Labor Commissioner**<br>**State of California**<br>**1515 Clay Street, Room 801**<br>**Oakland, CA 94612** | | | **50,000.00** |
| **Santa Clara County Assessor**<br>**70 West Hedding Street**<br>**San Jose, CA 95110** | **Santa Clara County Assessor**<br>**70 West Hedding Street**<br>**San Jose, CA 95110** | | | **20,000.00** |
| **State Board of Equalization**<br>**State of California**<br>**Account & Analysis & Control, MIC:29**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-0029** | **State Board of Equalization**<br>**State of California**<br>**Account & Analysis & Control, MIC:29**<br>**Sacramento, CA 94279-0029** | | | **225,000.00** |
| **United Security Bank**<br>**2126 Inyo Street**<br>**Fresno, CA 93721** | **United Security Bank**<br>**2126 Inyo Street**<br>**Fresno, CA 93721** | | | **550,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Sonoma Chicken Coop Skyport, Inc.**
  Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member Board of Directors of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 17, 2014**        Signature **/s/ Peter A. Smith**
                                              **Peter A. Smith**
                                              **Member Board of Directors**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

ADT Security Services
1501 Yamato Road
Boca Raton, FL 33431


Aramark
AUS West Lockbox
Pasadena, CA 91189-0005


ASCAP
7920 W. Sunset Blvd.
Third Floor
Los Angeles, CA 90046


Bassian Farms
1865 South 10th Street
San Jose, CA 95112


Bella Fresca Foods
P.O. Box 910
Mountain View, CA 94042


BMI
8730 Sunset Blvd.
3rd Floor West
West Hollywood, CA 90069


Cali Cold, Inc.
P.O. Box 2064
Hollister, CA 95024


Carbonic Service, Inc.
1920 De La Cruz Blvd.
Santa Clara, CA 95050

Cintas Fire Protection
2188 Del Franco Street, #70
San Jose, CA 95131


DBI Beverage Distributing
630 Quinn Avenue
San Jose, CA 95112


DirecTV
P.O. Box 6550
Greenwood Village, CO 80155-6550


Dong Vinh Restaurant Supplies
1979 Monterey Road, #120
San Jose, CA 95112


Eddie's Produce
1005 South 5th Street
San Jose, CA 95112


Employment Development Department
State of California
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Equity Office Management, LLC
2001 Gateway Place
Suite 350W
San Jose, CA 95110


Eugene Trimble
P.O. Box 9337
San Jose, CA 95157

Explore Publishing, Inc.
617 Veterans Boulevard
Redwood City, CA 94063


Franchise Tax Board
Bankruptcy Section, MS A -340
P.O. Box 2952
Sacramento, CA 95812-2952


Gary A. Travis, CPA
1024 Lincoln Ave.
San Jose, CA 95125


Good New Restaurant Supply
1211 Water Street
Santa Cruz, CA 95062


Gulf Mechanical Co.
1500 Collins Blvd.
Covington, LA 70433


Hi-Tech Electric, LLC
24209 Clawiter Road
Hayward, CA 94545


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeff Starbeck
1003 W. 11th Street
Cedar Falls, IA 50613

```
Labor Commissioner
State of California
1515 Clay Street, Room 801
Oakland, CA 94612



Long Range Systems, LLC
4550 Excel Parkway
Suite 200
Addison, TX 75001



Lusamerica Foods, Inc.
16480 Railroad Ave.
Morgan Hill, CA 95037



M.E. Fox and Company, Inc.
128 Component Drive
San Jose, CA 95131



Metro Newspapers
380 South 1st Street
San Jose, CA 95113



MT Hood Solutions
14546 North Lombard Street
Portland, OR 97203



Muzak Corporate Headquarters
3318 Lakemont Blvd.
Fort Mill, SC 29708



Oakland Packaging and Supply
3200 Regatta Blvd., Unit F
Richmond, CA 94804
```

P&R Paper Supply Co., Inc.
2351 Lincoln Ave.
Hayward, CA 94545


Pacific Cooling & Calabration
2524 Seaboard Ave.
San Jose, CA 95131


Pacific Gas & Electric
P.O. Box 997300
Sacramento, CA 95899-7300


Penny Saver
P.O. Box 8900
Brea, CA 92822-8900


Performance Foodservice Group
1047 17th Avenue
Santa Cruz, CA 95062


Peter A. Smith
201 South 13th Street
San Jose, CA 95112


Peter Pozniak
5004 Williams Road
San Jose, CA 95129


POS Specialists
5051 Commercial Circle
Concord, CA 94520

Primetime Paper, LLC
423 Broadway
Millbrae, CA 94030


Quill Corporation
P.O. Box 37600
Philadelphia, PA 19101-0600


Race Street Foods, Inc.
1170 Olinder Court
San Jose, CA 95122


Ray's Restaurant Repair
1349 Holly Hill Drive
San Jose, CA 95122


Regal Wine Co.
1190 Kittyhawk Blvd.
Santa Rosa, CA 95403


Restaurant Experts
c/o Castillos Restaurant Supply
233 Commercial Street
San Jose, CA 95112


Roberts and Elliott, LLP
150 South Almaden Blvd.
San Jose, CA 95113


Roma Bakery
655 South Almaden Ave.
San Jose, CA 95110

San Jose Fire Department
200 East Santa Clara Street
San Jose, CA 95113


Santa Clara County Assessor
70 West Hedding Street
San Jose, CA 95110


Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Boulevard, Floor 11
Los Angeles, CA 90036


Sonoma Food Group, LLC
31 North Market Street
San Jose, CA 95113


Source 5 Payroll, Inc.
110 Village Trail
Suite 211
Woodstock, GA 30188


South Bay Acceptance Corp.
P.O. Box 2141
Columbus, GA 31902-2141


Southern Wine & Spirits
2320 Kruse Drive
San Jose, CA 95131


State Board of Equalization
State of California
Account & Analysis & Control, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029

The Progressive Corporation
6300 Wilson Mills Road
Mayfield Village, OH 44143


The Water Pro
822 Almaden Ave.
San Jose, CA 95110


Trap Recyclers, Inc.
1 Work Circle
Salinas, CA 93901


United Security Bank
2126 Inyo Street
Fresno, CA 93721


US Foodservice
300 Lawrence Drive
Livermore, CA 94551


Wells Fargo Bank
420 Montgomery Street
San Francisco, CA 94104


Western Exterminator
1611 Terminal Ave.
San Jose, CA 95112


Wolf Restaurant Services, Inc.
1428 Mendocino Creek Drive
Patterson, CA 95363

Young's Market Company
14402 Franklin Avenue
Tustin, CA 92780

# United States Bankruptcy Court
## Northern District of California

In re **Sonoma Chicken Coop Skyport, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Sonoma Chicken Coop Skyport, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **December 17, 2014** | **/s/ David S. Henshaw** |
| Date | **David S. Henshaw 271226** |
| | Signature of Attorney or Litigant |
| | Counsel for **Sonoma Chicken Coop Skyport, Inc.** |
| | **Henshaw Law Office** |
| | **1871 The Alameda** |
| | **Suite 333** |
| | **San Jose, CA 95126** |
| | **(408) 533-1075 Fax:(408) 583-4016** |
| | **david@henshawlaw.com** |